**STATE of Missouri, Plaintiff/Respondent,**

v.

**Shawn D. MOORE, Defendant/Appellant.**

**No. ED 73984.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 15, 1998.

Kent Denzel, Asst. State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl Caponegro Nield, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J.,
LAWRENCE G. CRAHAN, J., and
RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

Shawn Moore (Defendant) appeals from the judgment and sentence entered following his jury convictions for two counts of second degree robbery in violation of section 569.030, RSMo 1994. We have reviewed the

briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).